UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL EARIN,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>DR. ROBERT BANNISTER, *et al.*,<br><br>　　　　　Defendants | Case No. 2:19-cv-02097-APG-NJK<br><br>**ORDER** |

**I.　DISCUSSION**

On December 11, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than February 10, 2020. Docket No. 3 at 2. On January 23, 2020, Plaintiff filed an affidavit with attachments stating he had submitted the request for his financial documents to the NDOC, but he was still waiting to receive them. Docket No. 4. On January 30, 2020, Plaintiff filed a financial certificate processing order request with attachments confirming he still had not received his financial documents from the NDOC. Docket No. 5. The Court will construe Plaintiff's filings at Docket Nos. 4 and 5 as a motion for an extension of time. The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including a properly executed financial certificate and inmate account statement for the past six months, or pay the full $400 filing fee on or before **Monday, March 9, 2020**.

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Plaintiff's motion for extension of time, Docket Nos. 4 and 5, is granted.

IT IS FURTHER ORDERED that, on or before **Monday, March 9, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including a properly executed financial certificate and inmate

account statement for the past six months, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: February 4, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE